**Bienvenido A. BALAGTAS, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 06–3085.

United States Court of Appeals, Federal Circuit.

Jan. 25, 2006.

Bienvenido A. Balagtas, pro se.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Michael W. AHEARN, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 05–3377.

United States Court of Appeals, Federal Circuit.

Jan. 25, 2006.

Michael W. Ahearn, pro se.

## ORDER

The petitioner having paid the initial docketing fee, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED AND RECALLED, and the petition for review is REINSTATED.

Respondent's brief is due within 21 days of the date of filing of this order.